IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID EDWARD RICKER,

       Petitioner,

    v.

SUPERINTENDENT SCI PINE GROVE,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, THE
ATTORNEY GENERAL OF THE STATE
OF PENNSYLVANIA,

       Respondents.

2:24-CV-00273-CCW-KT

## **ORDER**

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On January 21, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 13,

recommending that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, be denied as moot.

Service of the R&R was made on the parties, and Petitioner has filed Objections. *See* ECF No.

14.

After a *de novo* review of the pleadings and documents in the case, together with the R&R

and the Objections thereto, it is hereby ORDERED that Petitioner's Petition for Writ of Habeas

Corpus, ECF No. 1 is hereby **DENIED** as moot. The R&R, ECF No. 13, is **ADOPTED** as the

Opinion of the District Court.

IT IS SO ORDERED.


DATED this 18th day of February 2025.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge



cc (via ECF email notification):

All Counsel of Record



cc (via US mail):

David Ricker
NF4503
SCI Pine Grove
189 Fyock Road
Indiana, PA 15701

2